ROBERT M. HELFEND, SBN. 113380
23852 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
RONALD W. MARTIN. JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 1:09 CR-00399 LJO |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING |
| ) | CONTINUING STATUS |
| ) | CONFERENCE DATE |
| v. ) | |
| ) | |
| RONALD W. MARTIN, JR. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Defendant, RONALD W. MARTIN. JR., by and through his counsel of record, ROBERT M. HELFEND and THE UNITED STATES ATTORNEYS OFFICE, by and through its counsel of record, DAVID L. GAPPA, hereby stipulate as follows:

1. Defense counsel is scheduled to commence the homicide jury trial of <u>People v. Purtue</u>, Case No. BA321715, on January 28, 2010;

2. MR. MARTIN is requesting that his Status Conference, currently scheduled for January 29, 2010, at 8:30 A.M., be continued for Status Conference, on February 26, 2010, at 8:30 A.M., or a date and time more convenient for the Court.

4. The GOVERNMENT has no objection to the continuance.

The parties agree that time under the Speedy Trial Act be excluded for continuation and availability of counsel and plea negotiations under 18 USC 3161(h)(1).

///

1  IT IS SO STIPULATED:

2  Dated: January 20, 2010                    Respectfully Submitted,

3

4                                              /s/ Robert M. Helfend
                                               ROBERT M. HELFEND
5                                              Attorney for Defendant
                                               RONALD W. MARTIN. JR.
6

7  Dated: January 20, 2010                    BENJAMIN B. WAGNER
                                               United States Attorney
8
                                               /s/   David L. Gappa
9                                              DAVID L. GAPPA
                                               ASSISTANT UNITED STATES ATTORNEY
10

11

12
                                    ORDER
13

14  IT IS HEREBY ORDERED that MR. MARTIN'S Status Conference currently scheduled for

15  January 29, 2010, at 8:30 A.M., be continued for Status Conference, on Feb 26, 2010, at 8:30 A.M.

16  No further continuances.  This is a firm date, and counsel should bring his trial calendar to select a trial

17  date at the next status conference.

18  IT IS SO ORDERED.

19  **Dated:   January 22, 2010**                **/s/ Lawrence J. O'Neill**
20                                               UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28