ROBERT M. HELFEND, SBN. 113380
23852 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
RONALD W. MARTIN. JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 1:09 CR-00399 LJO |
| ) | |
| Plaintiff, ) | ORDER RE: |
| ) | CONTINUING SENTENCING |
| ) | DATE |
| v. ) | |
| ) | |
| RONALD W. MARTIN, JR. ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that MR. MARTIN'S Sentencing Date, currently scheduled for July 16, 2010, at 11:00 A.M., be continued for Sentencing, on July 23, 2010, at 11:00 A.M.

IT IS SO ORDERED.

**Dated:   July 14, 2010**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE